AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

UNITED STATES OF AMERICA,

    Petitioner,

V.

ADAM POLSON,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-cv-00157-LRH-RAM**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Petitioner's voluntary dismissal of this action is granted and this action is dismissed with prejudice.


  May 12, 2008                                   **LANCE S. WILSON**
                                                           Clerk


                                                          /s/ Katie Lynn Ogden
                                                           Deputy Clerk